UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:20-CR-223-1D

UNITED STATES OF AMERICA

vs.                           ORDER

KEITH LAMONT THOMPSON, JR.

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on October 12, 2021 be turned over to Detective Lee Hartman to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
|---|---|
| 5 | One (1) round of .40 caliber ammunition |
| 2 | Digital Scale Box |
| 6 | Bag 1 of powder cocaine |
| 7 | Bags 2, 3, and 4 of powder cocaine |
| 8 | Bag 5 of powder cocaine |
| 9 | Marijuana |
| 10 | One (1) bottle of promethazine |
| 11 | Heckler & Koch, USP 40 Compact, .40 caliber pistol, bearing serial number 26-023259 |
| 12 | Ruger P95DC, .9mm caliber pistol, bearing serial number 311-18851 |
| 13 | .40 caliber magazine |
| 14 | Assorted .40 caliber rounds of ammunition |
| 15 | .9mm magazine |
| 16 | Assorted .99mm rounds of ammunition |

This 12th day of October, 2021.

                                          JAMES C. DEVER III
                                          UNITED STATES DISTRICT JUDGE

Agent's Signature: _____